977 So.2d 929 (2008)
STATE ex rel. Shawn DRAKE
v.
STATE of Louisiana.
No. 2007-KH-1244.
Supreme Court of Louisiana.
March 14, 2008.
In re Drake, Shawn;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. G, No. 10-97-0618; to the Court of Appeal, First Circuit, No. 2007 KW 0382.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189.